UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:23-cv-24254-KMW

**ENRIQUE ALVEAR**,

Plaintiff,

vs.

**NTS W. USA, CORP.,
d/b/a DESIGUAL, a foreign
for-profit corporation,**

Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective Counsel, hereby provide notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to file the necessary dismissal documents.

DATED:  December 28, 2023.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By_____*s/ Roderick V. Hannah*_____
     RODERICK V. HANNAH
     Fla. Bar No. 435384

**LAW OFFICE OF PELAYO
DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By ___*s/ Pelayo M. Duran*_____
     PELAYO M. DURAN
     Fla. Bar No. 0146595

**SANCHEZ, FISCHER & LEVINE LLP**
Counsel for Defendant
1200 Brickell Avenue Suite 750
Miami, FL  33131
(305) 925-9947
fsanchez@sfl-law.com
lallen@sfl-law.com

By   *s/Fausto Sanchez*
      FAUSTO SANCHEZ
      Fla. Bar No. 86229
      LAUREN M. ALLEN
      Fla. Bar No. 1018424