UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-24254-KMW

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.

**NTS W. USA, CORP.,**
**d/b/a DESIGUAL, a foreign**
**for-profit corporation,**

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff ENRIQUE ALVEAR, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated: January 26, 2024

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By *s/ Roderick V. Hannah* | By *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of January, 2024, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

**SANCHEZ FISCHER LEVINE, LLP**
Fausto Sanchez, Esq.
Lauren M. Allen, Esq.
1200 Brickell Avenue, Ste. 750
Miami, Florida 33131
Telephone: (305) 925-9947
Email: fsanchez@sfl-law.com
Email: lallen@sfl-law.com

*Counsel for Defendant NTS W. USA, Corp. d/b/a DESIGUAL*

                                                      */s/ Roderick V. Hannah*
                                                         Roderick V. Hannah